ORIGINAL

1  Bobby A. Ghajar, Esq. (SBN 198719)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
4  Facsimile: (213) 892-2300

5  John G. Froemming, Esq. (*pro hac vice* application to be submitted)
   Michael J. Bell, Esq. (*pro hac vice* application to be submitted)
6  David M. Jaquette, Esq. (*pro hac vice* application to be submitted)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: (202) 783-0800
9  Facsimile: (202) 383-6610

10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT
12                    SOUTHERN DISTRICT OF CALIFORNIA

13

14 BMW of North America, LLC and          )
15 Bayerische Motoren Werke AG,           )
                                          )  Case No:    '08 CV 0940 W LSP
16          Plaintiffs,                    )
                                          )  COMPLAINT FOR DESIGN
17     v.                                  )  PATENT INFRINGEMENT AND
                                          )  UNFAIR COMPETITION
18 Bluestar Wheels, Inc.,                 )
                                          )
19          Defendant.                     )
                                          )
20                                         )
                                          )
21

22      Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively

23 "BMW") seek injunctive and monetary relief from Defendant Bluestar Wheels, Inc. (hereinafter,

24 "Bluestar" or "Defendant") for design patent infringement and unfair competition.  As alleged more

25 fully below, Defendant has violated and continues to violate the Patent Act, 35 U.S.C. § 271, the

26 Trademark Act of 1946 as amended, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act"), and California law

27 through its sale of wheel rims that infringe Plaintiffs' design patents.

28
HOWREY LLP

FILED

MAY 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



## PARTIES

1.     Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.  BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of Bayerische Motoren Werke AG.  BMW NA is the exclusive authorized distributor of BMW automotive and related products in the United States.

2.     Plaintiff Bayerische Motoren Werke AG ("BMW AG") is a corporation organized under the laws of the Federal Republic of Germany with its principal place of business at 80788 Munich, Germany.  BMW AG manufactures motor vehicles, parts and other products for sale in Germany and for export and sale throughout the world.

3.     Upon information and belief, Defendant Bluestar Wheels, Inc. is a California corporation with its principal place of business at 215 S. Highway 101 Suite 201, San Diego, CA 92121.

## JURISDICTION AND VENUE

4.     This is an action arising under the patent and trademark laws of the United States, specifically Titles 35 and 15 of the United States Code, 35 U.S.C. § 271 and 15 U.S.C. § 1051 *et seq.*

5.     This Court has personal jurisdiction over Defendant because Defendant resides in and conducts business in California.

6.     This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BMW's claims under California law.

7.     Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendant has its principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claims herein occurred and are occurring in this District.

HOWREY LLP

-2-

## BMW'S PATENTED WHEEL DESIGNS

8.     BMW is one of the foremost manufacturers of automobiles and automobile-related products, including wheels and wheel rims, in the world.

9.     BMW AG is the owner of various valid and lawfully issued United States Design Patents, including patents for designs of a vehicle wheel (U.S. Design Patent Nos. 560,152; 522,949; and 560,585) (collectively, the "BMW design patents").

## DEFENDANT'S WRONGFUL ACTIVITIES

10.     Defendant is infringing BMW U.S. Design Patent No. 560,152 ("the '152 patent") by offering to sell and selling wheel rims that are covered by the '152 patent. A copy of BMW's U.S. Design Patent No. 560,152 and a printout from Bluestar's online store showing this wheel rim style are attached hereto as Exhibit 1(A) and (B), respectively.

11.     Defendant is infringing BMW U.S. Design Patent No. 522,949 ("the '949 patent") by offering to sell and selling wheel rims that are covered by the '949 patent. A copy of BMW's U.S. Design Patent No. 522,949 and a printout from Bluestar's online store showing this wheel rim style are attached hereto as Exhibit 2(A) and (B), respectively.

12.     Defendant is infringing BMW U.S. Design Patent No. 560,585 ("the '585 patent") by offering to sell and selling wheel rims that are covered by the '585 patent. A copy of BMW's U.S. Design Patent No. 560,585 and a printout from Bluestar's online store showing this wheel rim style are attached hereto as Exhibit 3(A) and (B), respectively.

13.     Defendant advertises that its wheels "are manufactured in an original equipment plant" and that Defendant is the manufacturer, thereby implying that Defendant is an original equipment ("OE") supplier for BMW.

14.     BMW has been damaged and continues to be damaged by Defendant's activities in the manner described above.

15.     Unless these acts of Defendant are restrained by this Court, they will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

1

**COUNT I**
**DESIGN PATENT INFRINGEMENT**
2
**U.S. DESIGN PATENT NO. 560,152**
**(35 U.S.C. §271)**
3

4

16.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 15
5
herein.
6

7       17.     Defendant is infringing U.S. Design Patent No. 560,152 in violation of 35 U.S.C § 271

8  by making, using, offering for sale and/or selling products that are covered by the '152 patent in the

9  United States.

10      18.     Defendant's acts complained of herein have been willful, deliberate and with conscious

11 disregard of BMW's U.S. design patent rights.

12      19.     As a result of Defendant's infringement, Plaintiffs have suffered and will continue to

13 suffer damages.  Upon information and belief, Defendant's infringement will persist unless enjoined

14 by this Court.

15      20.     The acts complained of herein constitute design patent infringement in violation of 35

16 U.S.C. § 271.

17

**COUNT II**
18
**DESIGN PATENT INFRINGEMENT**
**U.S. DESIGN PATENT NO. 522,949**
19
**(35 U.S.C. §271)**
20

21
        21.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 20
22
herein.
23

24      22.     Defendant is infringing U.S. Design Patent No. 522,949 in violation of 35 U.S.C § 271

25 by making, using, offering for sale and/or selling products that are covered by the '949 patent in the

26 United States.

27

28

-4-

HOWREY LLP

23.     Defendant's acts complained of herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

24.     As a result of Defendant's infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and belief, Defendant's infringement will persist unless enjoined by this Court.

25.     The acts complained of herein constitute design patent infringement in violation of 35 U.S.C. § 271.

## COUNT III
## DESIGN PATENT INFRINGEMENT
## U.S. DESIGN PATENT NO. 560,585
## (35 U.S.C. §271)

26.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 25 herein.

27.     Defendant is infringing U.S. Design Patent No. 560,585 in violation of 35 U.S.C § 271 by making, using, offering for sale and/or selling products that are covered by the '585 patent in the United States.

28.     Defendant's acts complained of herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

29.     As a result of Defendant's infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and belief, Defendant's infringement will persist unless enjoined by this Court.

30.     The acts complained of herein constitute design patent infringement in violation of 35 U.S.C. § 271.

HOWREY LLP

-5-

## COUNT IV
## FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN
### (Lanham Act § 43(a), 15 U.S.C. § 1125)

31.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 30 herein.

32.    Defendant's unauthorized use of BMW's design patents in connection with the sale of wheel rims that are not made or authorized by BMW and Defendant's claim that such wheels "are manufactured in an original equipment plant" falsely indicates that Defendant and its products and services are connected with, sponsored by, affiliated with, or related to BMW.

33.    Defendant's unauthorized use of BMW's design patents in connection with the sale of wheel rims that are not made or authorized by BMW and Defendant's claim that such wheels "are manufactured in an original equipment plant" has caused, and is likely to continue to cause confusion, mistake, and deception as to the source or sponsorship of Defendant and its products and services.

34.    The acts of Defendant complained of herein constitute unfair competition, false designation of origin, and trade name infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

35.    Defendant's acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BMW's rights in its design patent rights.

36.    As a result of the foregoing alleged actions of Defendant, BMW has been injured and damaged. Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

## COUNT V
## UNFAIR COMPETITION
### (California Unfair Competition Statute,
### Cal. Bus. & Prof. Code § 17200 et seq.)

37.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 36 herein.

HOWREY LLP

38.    The acts of Defendant complained of herein constitute unlawful and unfair competition in violation of the California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200, as they are likely to deceive and mislead the public.

39.    As a result of the foregoing alleged actions of Defendant, Defendant has been unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

**COUNT VI**
**UNFAIR COMPETITION**
**(Common Law of California)**

40.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 39 herein.

41.    The acts of Defendant complained of herein constitute unfair competition in violation of the common law of California.

42.    As a result of the foregoing alleged actions, Defendant has been unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

**PRAYER FOR RELIEF**

WHEREFORE, BMW prays that:

1.    Defendant be adjudged liable as to the foregoing claims.

2.    Defendant, its agents, servants, employees, and all others in active concert or participation with any of them, be permanently enjoined and restrained from:

(a)    manufacturing, importing, marketing, advertising, offering to sell and/or selling wheel rims that infringe upon BMW's U.S. Design Patent Nos. 560,152; 522,949; and 560,585;

HOWREY LLP

-7-

(b)     claiming or otherwise suggesting that Defendant is an original equipment ("OE") manufacturer, supplier or distributor for BMW; and

(c)     doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant emanates from, or is connected with, sponsored or approved by, BMW or that any of Defendant's products are otherwise authorized by BMW.

3.     Defendant, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon Plaintiffs, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction.

4.     For Defendant's repeated, willful, and deliberate design patent infringement:

(a)     Defendant be held liable to the extent of its total profits from design patent infringement, but no less than $250, pursuant to 35 U.S.C. § 289; and

(b)     the Court award BMW treble damages, pursuant to 35 U.S.C. § 284, and declare this case exceptional and award BMW its attorneys' fees pursuant to 35 U.S.C. § 285.

(c)     the Court award prejudgment interest and costs of this action.

5.     Defendant be required to pay to BMW for its acts of unfair competition:

(a)     in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C. § 1117(a) and (b), an award of treble Plaintiffs' actual damages plus Defendant's profits resulting from Defendant's unauthorized use of BMW's design patents in connection with the sale of wheel rims that are not made or authorized by BMW and Defendant's claim that such wheels "are manufactured in an original equipment plant";

(b)     punitive damages for Defendant's acts of unfair competition;

(c)     BMW's attorneys' fees for this action; and

HOWREY LLP

1          (d)    the Court award prejudgment interest and costs of this action.

2     6.    BMW recover such other relief as the Court may deem appropriate.

3

4                                          Respectfully submitted,

5

6  Dated: May **27**, 2008                 Bobby A. Ghajar (SBN 198719)
                                           HOWREY LLP
7                                          550 South Hope Street, Suite 1100
                                           Los Angeles, CA 90071
8                                          Telephone: (213) 892-1800
                                           Facsimile: (213) 892-2300
9

10  OF COUNSEL:                            John G. Froemming, Esq. (*pro hac vice* application
    Kevin J. Healy, Esq.                   to be submitted)
11  BMW OF NORTH AMERICA, LLC              Michael J. Bell, Esq. (*pro hac vice* application to be
    300 Chestnut Ridge Road                submitted)
12  Woodcliff Lake, NJ 07677               David M. Jaquette, Esq. (*pro hac vice* application to
    Telephone: (201) 307-4000              be submitted)
13                                         HOWREY LLP
                                           1299 Pennsylvania Avenue, N.W.
14  Counsel for Plaintiff                  Washington, D.C. 20004
    BMW of North America, LLC              Telephone: (202) 783-0800
15                                         Facsimile: (202) 383-6610

16

17                                         *Attorneys for Plaintiffs*
                                           BMW of North America, LLC
18                                         and Bayerische Motoren Werke AG

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

**EXHIBIT 1**

EXHIBIT  A



US00D560152S

(12) **United States Design Patent**　　(10) Patent No.:　　**US D560,152 S**

Nordmann　　(45) Date of Patent:　　\*\*　Jan. 22, 2008

(54)　**FRONT FACE OF A VEHICLE WHEEL**

(75)　Inventor:　**Christoph Nordmann**, Munich (DE)

(73)　Assignee:　**Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(\*\*)　Term:　**14 Years**

(21)　Appl. No.:　**29/244,831**

(22)　Filed:　**Dec. 15, 2005**

(30)　　　**Foreign Application Priority Data**

Jun. 16, 2005　(DE)　............................. 4 05 03 085

(51)　**LOC (8) Cl.** ................................................. **12-16**
(52)　**U.S. Cl.** ..................................................... **D12/211**
(58)　**Field of Classification Search** ....... D12/204–213;
301/37.101, 64.101, 65
See application file for complete search history.

(56)　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D215,652 | S | \* | 10/1969 | Griffith | ....................... D12/211 |
| D407,057 | S | \* | 3/1999 | Goplen | ....................... D12/211 |
| D436,912 | S | \* | 1/2001 | Boyer | ....................... D12/211 |
| D480,674 | S | \* | 10/2003 | Lecher et al. | ............... D12/209 |
| D483,313 | S | \* | 12/2003 | Lenz | ....................... D12/209 |
| D500,470 | S | \* | 1/2005 | Rice | ....................... D12/211 |
| D503,917 | S | \* | 4/2005 | Kushartanto | ............... D12/209 |

| | | | | | |
|---|---|---|---|---|---|
| D505,903 | S | \* | 6/2005 | Nordmann | .................. D12/209 |
| D507,225 | S | \* | 7/2005 | Velazco | ................. D12/211 |
| D519,905 | S | \* | 5/2006 | Muzzarelli | ................. D12/209 |
| D521,291 | S | \* | 5/2006 | Hueller | ................. D12/209 |
| D525,928 | S | \* | 8/2006 | Pfeiffer | ................. D12/209 |
| D527,325 | S | \* | 8/2006 | Nagashima | ............. D12/209 |
| D529,429 | S | \* | 10/2006 | Hsu | ................. D12/209 |
| D541,204 | S | \* | 4/2007 | Huet | ................. D12/211 |
| D542,729 | S | \* | 5/2007 | Hieke | ................. D12/211 |

FOREIGN PATENT DOCUMENTS

EM　000106513-0006　12/2004

\* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)　　　**CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,

FIG. 2 is a perspective view thereof.

The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**





**U.S. Patent**          Jan. 22, 2008          US D560,152 S



FIG. 1



FIG . 2

EXHIBIT 1A PAGE 11

# eb Motors

Sign in or register

Buy | Sell | My eBay | Research | Help

eBay Home | Site Map

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

All of eBay Motors ▼    Advanced Search

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

● Back to list of items                                                    Item number: 170218730878

## 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits Bmw
sensation of sun shining off chrome wheels: priceless

**Buyer or seller of this item?** Sign in for your status                  Watch this item in My eBay



View larger picture

*=Buy It Now* price: **US $599.00**    **Buy It Now**

Get up to 6 months no payments Apply

End time: **19 hours 15 mins** (May-15-08 08:56:32 PDT)

Shipping costs: **US $99.00** Standard Flat Rate Shipping Service Service to United States (more services)

Ships to: United States, Canada

Item location: San Diego, CA, United States

You can also: Watch This Item

Get SMS or IM alerts | Email to a friend

### Meet the seller
Seller: blustarwheels ( 411 ☆ ) ☆ Power Seller
Feedback: **100% Positive**
Member: since Jul-17-03 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏬Blustar Wheels

### Buy safely
1. **Check the seller's reputation**
   Score: 411 | 100% Positive
   See detailed feedback
2. **Check how you're protected**
   *PayPal* Up to $2,000 in buyer protection. See eligibility

EXHIBIT 1B PAGE 12

**Listing and payment details:** Show

**Description** (revised)



SQUARE TRADE

May 14, 2008

eBay User ID:
blustarwheels

**Member of SquareTrade
Bid with Confidence
Click to Learn Why**

SquareTrade © AP6.0

3 series | 5 series | 6 series | 7 series |    M3 |    M5 | X3 | X5 | Z3 | Z4

home        about us        contact us        policies        bookmark our store

# 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits

Roll mouse over pictures to

BLUstar
wheels

EXHIBIT _1B_ PAGE_13_

eBay Motors: 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits Bmw (item 170218730878 end time May-15-08 08:56:32 PDT)    Page 3 of 8







- Brand new complete set of 18 x 8" inch Chrome
- Includes centercaps.
- Fits 318 92-99 / 323 98-00 / 325 92-06 / 328 92-Z4 03-06 / M3 95-99 / 525 90-07 / 528 97-00 / 530 04-05 / 550 06-07 / M5 90-06 / 635 88-89 / 645 04 92 / 740 93-01 / 745 02-05 / 750 90-07 / 760 03-07
- Our wheels are manufactured in an original equipment They are DOT, JWL, VIA and TUV certified. We are the r affiliated with Bayerische Motoren Werke AG nor BMW o trademarked terms Bmw in our product descriptions are s fitment. Bluestar Wheels, Inc. asserts that the use of thes nominative use and our products are not to be mistaken f
- Fitment and satisfaction guaranteed.

**(858) 444-6096**





Take your luxury vehicle to the next

Bluestar

http://cgi.ebay.com/ebaymotors/18-Chrome-5-Star-Wheels-Rims-3-5-6-7-8-X-Z-fits-Bmw_W0QQitemZ170218730878QQihZ0...    5/14/2008

EXHIBIT 1B PAGE 14

## Calling all Drivers:

There is any number of wheels to choose from. But perhaps you're that one in 100 people who have dreams and desires to purchase wheels that are special-- wheels that are a true reflection of your personality and lifestyle. If that is you, then you should be talking to us.

Wait until you see what BlüStar wheels look like on your car. See what other owners have to say about us. How we take care and pride, down to the last wheel making detail. The effect is simply stunning. Uniquely Yours.

## Our wheels will give your vehicle an extreme makeover for very little investment.

We've searched the world over for the most awesome, leading edge designs that say something about you. The feeling you'll get taking these wheels out of the box and placing them on your car is priceless, trust us.

We go to all lengths to make sure your wheels look and perform like they should... all the way from side impact to load bearing tests. BlüStar Wheels meet all DOT, VIA, JWL and TUV standards. Our factories are OEM (Original Equipment Manufacturer) top shelf quality... which means the precision, consistency, and manufacturing standards meet the same high expectations, quality control, and performance standards that the major American and German car companies trust with making their wheels.

## BlüStar will give you the same attentiveness and care as if we were buying these wheels for our own cars.

Call our all-star service team, Beckie, Garrett, or George at 858-444-6096 for some of that "who are these people" friendliness and answers to your questions. Just like what you would desire from going locally in your neighborhood. But only better... fair on price, big on fitment knowledge, and a team who truly enjoys helping you. You will find we have a depth of knowledge and a passion for wheels that rivals any in the country. BlüStar exclusively sells to you, the enthusiast. It is that commitment to listening

eBay Motors: 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits Bmw (item 17021873087 end time May-15-08 08:56:32 PDT)    Page 5 of 8

and understanding your needs that will save you countless hours of frustration and confusion. We'll be delighted to listen to you... and then give freely of our experience. Email us with questions, and we will rapidly respond.

For your convenience, we have extended hours from 8am to 8PM Pacific Standard Time, seven days a week. Call 858-444-6096.

See you on the road,

The Blü**Star** Wheels Team



| Payment | Shipping | Warranty & Returns | About US |

- We take the normal plastic... Mastercard, Visa, Amex, and Discover within the USA and Canada.

- We are Paypal friendly for USA, Canada and UK.

- COD in the continental United States is an additional $ 30. Have a cashier's check payable to Blüstar upon delivery.

- Cashier's check or Money order sent to Blüstar in advance.

- Outside USA and Canada, we request you send us a bank wire transfer. This can easily be accomplished at your local bank branch. Email us for instructions.



Blüstar Wheels©2007 Exclusive Design by PIXCLINIC

Powers Your Online Marketplace

EXHIBIT _1B_ PAGE _16_





EXHIBIT _1B_ PAGE _17_

**Find more items from the same seller. Bid or Buy Now!**

| 19 8 9.5 Sil Stag CSL style Wheel Rim 3 x m z fits Bmw | 17 Chrome Wheels Rims 3 series z3 z4 x3 x5 fits Bmw | 19 x 8/9 Radial Wheel Rim 3 5 7 m x z fits Bmw |
|---|---|---|
|  | |  |
| *=Buy it Now* | *=Buy it Now* | *=Buy it Now* |
| US $545.00 | US $565.00 | US $540.00 |
| Time left: | Time left: | Time left: |
| 13h 15m | 18h 15m | 20h 15m |

🏠 Visit seller's Store

## Shipping, payment details, and return policy

**Ships to**
United States, Canada

**Shipping and Handling**

| Country: | United States ▾ | **To** |
|---|---|---|
| **Shipping and Handling** | | United States |
| US $99.00 | | |

| | **Service** |
|---|---|
| | Standard Flat Rate Shippin· |

**Shipping insurance**
Not offered

EXHIBIT _1B_ PAGE _18_

eBay Motors: 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits Bmw (item 170218730878 end time May-15-08 08:56:32 PDT)     Page 8 of 8

**Payment methods accepted**



**PayPal**

- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard

**Ready to Buy?**

Help

Item title: 18 Chrome 5 Star Wheels Rims 3 5 6 7 8 X Z fits Bmw

**Buy It Now**

*Buy It Now* price:     US $599.00

**Buy It Now**

You will confirm in the next step.

**What else can you do?**

➲ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | eBay Toolbar | eBay Toolbar | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitues acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/18-Chrome-5-Star-Wheels-Rims-3-5-6-7-8-X-Z-fits-Bmw_W0QQitemZ170218730878QQihZ0...     5/14/2008

EXHIBIT 13 PAGE 19

**EXHIBIT A**



US00D522949S

(12) **United States Design Patent**
Elmitt

(10) Patent No.:       **US D522,949 S**
(45) Date of Patent:    ** **Jun. 13, 2006**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor:  Karl John Elmitt, Eching (DE)

(73) Assignee:  Bayerische Motoren Werke
                Aktiengesellschaft, Munich (DE)

(**) Term:  14 Years

(21) Appl. No.: 29/222,220

(22) Filed:  Jun. 28, 2005

(30)      **Foreign Application Priority Data**

Jul. 30, 2004   (DE) ........................................ 4 04 04 409

(51) LOC (8) Cl. ..................................................... 12-16
(52) U.S. Cl. ...................................................... D12/211
(58) Field of Classification Search ........ D12/204–213;
                        301/37.101, 64.101, 65
        See application file for complete search history.

(56)              **References Cited**

        U.S. PATENT DOCUMENTS

D368,885 S  *  4/1996  Wagner ...................... D12/209
D458,571 S  *  6/2002  Maifrini ..................... D12/209

| D480,343 S | * | 10/2003 | Oh .............................. | D12/209 |
| D485,223 S | * | 1/2004 | Pfeiffer et al. .............. | D12/209 |
| D486,437 S | * | 2/2004 | Hieke ......................... | D12/211 |
| D486,770 S | * | 2/2004 | Pollmann ................... | D12/209 |
| D495,985 S | * | 9/2004 | Lai .............................. | D12/209 |
| D500,277 S | * | 12/2004 | Kataoka .................... | D12/209 |
| D504,100 S | * | 4/2005 | Pollmann ................... | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)              **CLAIM**

The ornamental design for a front face of a vehicle wheel,
as shown and described.

              **DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle
wheel according to my novel design.
The broken lines are for illustrative purposes only and form
no part of the claimed design.

              **1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Jun. 13, 2006          US D522,949 S



FIG. 1



FIG. 2

EXHIBIT 2A PAGE 21

**ebay Motors**

Sign in or register

Buy | Sell | My eBay | Research | Help

eBay Home | Site Map

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

All of eBay Motors ⌄ | Search | Advanced Search

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

✪ Back to list of items

Item number: 170218770621

## 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw
Because there's nothing like a summer spin on chrome.

**Watch this item in My eBay**

**Buyer or seller of this item?** Sign in for your status

View larger picture

| | |
|---|---|
| *Buy It Now* price: | **US $597.00**   Buy It Now |
| | Get up to 6 months no payments Apply |
| End time: | **21 hours 14 mins** (May-15-08 10:56:39 PDT) |
| Shipping costs: | **US $99.00** Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | United States, Canada |
| Item location: | San Diego, CA, United States |
| You can also: | Watch This Item |
| | Get SMS or IM alerts | Email to a friend |

### Meet the seller

Seller:   blustarwheels ( 411 ✪ ) ☆ ⚡ Power Seller
me
Feedback: **100% Positive**
Member:  since Jul-17-03 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏪 Blustar Wheels

### Buy safely

1. **Check the seller's reputation**
   Score: 411 | 100% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** Up to **$2,000** in buyer protection.  See eligibility

EXHIBIT 2B PAGE 22

**Listing and payment details:**    Show

**Description** (revised)



SQUARE TRADE

May 14, 2008

eBay User ID:
**blustarwheels**

**Member of SquareTrade
Bid with Confidence
Click to Learn Why**

SquareTrade © AP6.0

3 series | 5 series | 6 series | 7 series |    M3 |    M5 | X3 | X5 | Z3 | Z4

home      about us      contact us      policies      bookmark our store

# 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series

Roll mouse over picture

Blustar
wheels

EXHIBIT 2B PAGE 23







- Brand new complete set of 18 x 8" chrome
- Includes centercaps.
- Fits 525 90-07 / 528 97-00 / 530 93-07 / 5:
05 / 550 06-07 / M5 90-06 / 635 88-89 / 645
88-92 / 740 93-01 / 745 02-05 / 750 90-07 / '
- Our wheels are manufactured in an original equ
standards. They are DOT, JWL, VIA and TUV cert
Wheels, Inc. is not affiliated with Bayerische Motor
America. The minimal use of the trademarked term
solely to specify fitment. Bluestar Wheels, Inc. ass
fair use and nominative use and our products are
- Fitment and satisfaction guaranteed.
- Call us anytime at

# (858) 444-6096



Take your luxury vehicle to the next

Bluestar

## Calling all Drivers:

There is any number of wheels to choose from. But perhaps you're that one in 100 people who have dreams and desires to purchase wheels that are special-- wheels that are a true reflection of your personality and lifestyle. If that is you, then you should be talking to us.

Wait until you see what BlüStar wheels look like on your car. See what other owners have to say about us. How we take care and pride, down to the last wheel making detail. The effect is simply stunning. Uniquely Yours.

## Our wheels will give your vehicle an extreme makeover for very little investment.

We've searched the world over for the most awesome, leading edge designs that say something about you. The feeling you'll get taking these wheels out of the box and placing them on your car is priceless, trust us.

We go to all lengths to make sure your wheels look and perform like they should... all the way from side impact to load bearing tests. BlüStar Wheels meet all DOT, VIA, JWL and TUV standards. Our factories are OEM (Original Equipment Manufacturer) top shelf quality... which means the precision, consistency, and manufacturing standards meet the same high expectations, quality control, and performance standards that the major American and German car companies trust with making their wheels.

## BlüStar will give you the same attentiveness and care as if we were buying these wheels for our own cars.

Call our all-star service team, Beckie, Garrett, or George at 858-444-6096 for some of that "who are these people" friendliness and answers to your questions. Just like what you would desire from going locally in your neighborhood. But only better... fair on price, big on fitment knowledge, and a team who truly enjoys helping you. You will find we have a depth of knowledge and a passion for wheels that rivals any in the country. BlüStar exclusively sells to you, the enthusiast. It is that commitment to listening

EXHIBIT _2B_ PAGE _25_

eBay Motors: 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw (item 170218770621 end time May-15-08 10:56:39 ...    Page 5 of 8

and understanding your needs that will save you countless hours of frustration and confusion. We'll be delighted to listen to you... and then give freely of our experience. Email us with questions, and we will rapidly respond.

For your convenience, we have extended hours from 8am to 8PM Pacific Standard Time, seven days a week. Call 858-444-6096.

See you on the road,

The Blü**Star** Wheels Team



**Payment**  **Shipping**  **Warranty & Returns**  **About Us**

- We take the normal plastic.... Mastercard, Visa, Amex, and Discover within the USA and Canada.

- We are Paypal friendly for USA, Canada and UK.

- COD in the continental United States is an additional $ 30. Have a cashier's check payable to *Blüstar* upon delivery.

- Cashier's check or Money order sent to *Blüstar* in advance.

- Outside USA and Canada, we request you send us a bank wire transfer. This can easily be accomplished at your local bank branch. Email us for instructions.

Blüstar Wheels©2007 Exclusive Design by PIXCLINIC

EXHIBIT 2B PAGE 26

eBay Motors: 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw (item 170218770621 end time May-15-08 10:56:39 ...    Page 6 of 8





http://cgi.ebay.com/ebaymotors/18-Chrome-Dbl-Spoke-Wheels-Rims-5-6-7-8-Series-fits-Bmw_W0QQitemZ170218770621QQ...    5/14/2008

EXHIBIT 2B PAGE 27

eBay Motors: 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw (item 170218770621 end time May-15-08 10:56:39 ...  Page 7 of 8

**Find more items from the same seller. Bid or Buy Now!**



19 8 9.5 Sil Stag CSL style Wheel Rim 3 x m z fits Bmw

=Buy It Now    **US $545.00**
Time left:     13h 13m

Visit seller's Store

17 Chrome Wheels Rims 3 series z3 z4 x3 x5 fits Bmw

=Buy It Now    **US $565.00**
Time left:     18h 14m

19 x 8/9 Radial Wheel Rim 3 5 7 m x z fits Bmw

=Buy It Now    **US $540.00**
Time left:     20h 14m

## Shipping, payment details, and return policy

**Ships to**
United States, Canada

**Shipping and Handling**

Country: [ United States ▾ ]      **To**
                                  United States

**Shipping and Handling**                        **Service**
US $99.00                                        Standard Flat Rate Shippin

**Shipping insurance**
Not offered

EXHIBIT 2D PAGE 28



eBay Motors: 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw (item 170218770621 end time May-15-08 10:56:39 ...    Page 8 of 8

**Payment methods accepted**



*PayPal*

- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard

Help

## Ready to Buy?

Item title: 18 Chrome Dbl Spoke Wheels Rims 5 6 7 8 Series fits Bmw

**Buy It Now**

*=Buy It Now* price:    US $597.00

**Buy It Now**

You will confirm in the next step.

## What else can you do?

⊖ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | eBay Toolbar | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/18-Chrome-Dbl-Spoke-Wheels-Rims-5-6-7-8-Series-fits-Bmw_W0QQitemZ170218770621QQ...    5/14/2008

EXHIBIT *2B* PAGE *29*

**EXHIBIT 3**

**EXHIBIT A**



US00D560585S

(12) **United States Design Patent**     (10) Patent No.:     **US D560,585 S**
Blasi                                     (45) Date of Patent:     ** **Jan. 29, 2008**

(54)  **FRONT FACE OF A VEHICLE WHEEL**

(75)  Inventor:   Juliane Blasi, Munich (DE)

(73)  Assignee:   Bayerische Motoren Werke
                  Aktiengesellschaft, Munich (DE)

(**)  Term:   14 Years

(21)  Appl. No.:  29/270,363

(22)  Filed:   **Dec. 21, 2006**

(30)        **Foreign Application Priority Data**

Jun. 22, 2006   (DE)   ................................  40603373

(51)  LOC (8) Cl.  .................................................  12-16
(52)  U.S. Cl.  ......................................................  D12/209
(58)  Field of Classification Search  ....... D12/204–213;
                  301/37.101, 64.101, 65, 64.201
      See application file for complete search history.

(56)               **References Cited**

              U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D410,617 | S | * | 6/1999 | Hussaini et al. ............ D12/209 |
| D412,480 | S | * | 8/1999 | Hussaini et al. ............ D12/209 |
| D419,942 | S | | 2/2000 | Lampkin |
| D451,461 | S | * | 12/2001 | Arellano .................... D12/209 |
| D460,396 | S | * | 7/2002 | Kember et al. ............ D12/209 |
| D466,467 | S | * | 12/2002 | Hodges .................... D12/211 |
| D474,439 | S | * | 5/2003 | McMath .................... D12/209 |
| D491,124 | S | | 6/2004 | Rice |
| D496,318 | S | * | 9/2004 | Cheng .................... D12/209 |
| D512,007 | S | * | 11/2005 | Sze .................... D12/209 |
| D523,800 | S | * | 6/2006 | Sulahian .................... D12/209 |
| D532,736 | S | * | 11/2006 | Ettensberger .................... D12/209 |
| D533,495 | S | * | 12/2006 | Arora .................... D12/209 |
| D539,720 | S | * | 4/2007 | Looho .................... D12/209 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)              **CLAIM**

The ornamental design for a front face of a vehicle wheel,
as shown and described.

              **DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,

FIG. 2 is a perspective view thereof.

The broken lines are for illustrative purposes only and form
no part of the claimed design.

              **1 Claim, 1 Drawing Sheet**





**U.S. Patent**          Jan. 29, 2008          US D560,585 S



FIG. 1

FIG. 2

eBay Motors: 20 9.5/10.5 Chrome X5 X3 Staggered Wheels Rims fits Bmw (item 170218794168 end time May-15-08 11:57:1...    Page 1 of 9

Case 3:08-cv-00940-W-LSP    Document 1    Filed 05/28/2008    Page 41 of 46

**eb∀Y Motors**    Sign in or register

| | Buy | Sell | My eBay | Research | Help |

All of eBay Motors ▾    [Search]  Advanced Search

eBay Home | Site Map

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

**←** Back to list of items    Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 20" or more

## 20 9.5/10.5 Chrome X5 X3 **Staggered Wheels Rims fits Bmw**
FITS **ALL** X5s 2000-2008 and X3. It's chrome season.

Item number: 170218794168

Watch this item in My eBay

**Buyer or seller of this item?** Sign in for your status

View larger picture



| | |
|---|---|
| *≡Buy It Now* price: | **US $789.00** |
| | Buy It Now |
| | Get up to 6 months no payments Apply |
| End time: | **22 hours 14 mins** (May-15-08 11:57:13 PDT) |
| Shipping costs: | **US $149.00** Standard Flat Rate Shipping Service Service to United States (more services) |
| Ships to: | United States, Canada |
| Item location: | Solana Beach California, United States |
| You can also: | Watch This Item |
| | Get SMS or IM alerts | Email to a |

### Meet the seller
Seller:    blustarwheels ( 411 ☆ ) ⚡ PowerSeller
**me**
Feedback: **100% Positive**
Member:  since Jul-17-03 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏬 Blustar Wheels

### Buy safely
1. **Check the seller's reputation**
   Score: 411 | 100% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** Up to **$2,000** in buyer protection.  See eligibility

EXHIBIT 3B PAGE 22

eBay Motors: 20 9.5/10.5 Chrome X5 X3 Staggered Wheels Rims fits Bmw (item 170218794168 end time May-15-08 11:57:1...    Page 2 of 9

Listing and payment details:    Show

friend

## Item Specifics

| | |
|---|---|
| Title: | 20 9.5/10.5 Chrome X5 X3 Staggered Wheels Rims fits Bmw |
| Condition: | New |

**Rim Information**

| | | | |
|---|---|---|---|
| Brand: | -- | Number of Bolts: | 5 |
| Width: | 9.5J | Bolt Pattern: | 5 x 4.72 or 5 x 120 |
| Diameter: | 20 inches | Offset: | 45 |

Material:

Structure:

Part Number (MPN

## Description (revised)



SQUARE TRADE
May 14, 2008

eBay User ID:
blustar wheels

**Member of SquareTrade**
**Bid with Confidence**
**Click to Learn Why**
SquareTrade © AP6.0

EXHIBIT 3B PAGE 23

Blustar wheels

3 series | 5 series | 6 series | 7 series | M3 | M5 | X3 | X5 | Z3 | Z4

home    about us    contact us    policies    bookmark our store

# 20 9.5/10.5 Chrome X5 X3 Staggered Wheels Rims



Roll mouse over pictures t

- Brand new complete set of 20" x 9.5/10.5" Ch
- Includes centercaps.
- Fits all X5 00-07 / X3 04-08 models.
- Our wheels are manufactured in an original equipm standards. They are DOT, JWL, VIA and TUV certifie Wheels, Inc. is not affiliated with Bayerische Motoren The minimal use of the trademarked terms Bmw in ou specify fitment. Bluestar Wheels, Inc. asserts that the nominative use and our products are not to be mistak
- Fitment and satisfaction guaranteed. Call us a

JS 44 (Rev. 12/07)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG | Bluestar Wheels, Inc., a California corporation |

**(b)** County of Residence of First Listed Plaintiff **Bergen County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bobby A. Ghajar, Esq. (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800; Facsimile: (213) 892-2300

Attorneys (If Known)

**'08 CV 0940 W LSP**

FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus— Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1051, Patent Act Section 271
Brief description of cause:
Patent infringement and unfair competition

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE May 27, 2008
SIGNATURE OF ATTORNEY OF RECORD

CK 15/333 $350 — PB 05/28/08

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151333    — MB**

**May 29, 2008
08:38:59**

**Civ Fil Non-Pris**
USAO #.: 08CV0940 CIVIL FILING
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: BC16665

**Total—>  $350.00**

FROM: BMW OF NORTH AMERICA AND
      BAYERISCHE MOTOREN WERKE AG
      VS BLUESTAR WHEELS INC