Bobby A. Ghajar (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

John G. Froemming, Esq.
Michael J. Bell, Esq.
David M. Jaquette, Esq.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs

FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>Plaintiffs,<br><br>v.<br><br>Bluestar Wheels, Inc.<br><br>Defendants. | Case No: '08 CV 0940 W LSP<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2** |

HOWREY LLP

DM US:21242814_1

**TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES IN INTEREST:**

Please take notice that, pursuant to Local Rule 40.2, Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "BMW"), hereby state as follows: Plaintiffs have no parent corporations other than those already named as Plaintiffs, and no publicly held company owns 10% or more of Plaintiffs' stock

Dated: May 27, 2008

OF COUNSEL:
Kevin J. Healy, Esq.
BMW OF NORTH AMERICA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
Telephone: (201) 307-4000

Counsel for Plaintiff
BMW of North America, LLC

Respectfully submitted,

Bobby A. Ghajar (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

John G. Froemming, Esq. (*pro hac vice* application to be submitted)
Michael J. Bell, Esq. (*pro hac vice* application to be submitted)
David M. Jaquette, Esq. (*pro hac vice* application to be submitted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Plaintiffs*
BMW of North America, LLC
and Bayerische Motoren Werke AG

HOWREY LLP

DM US:21242814_1