1  Dale J. Giali (SBN 150382)
   HOWREY LLP
2  4 Park Plaza, Suite 1700
   Irvine, CA  92614
3  Telephone:  (949) 721-6900
   Facsimile:  (949) 266-5529
4  gialid@howrey.com

5  John G. Froemming, Esq. (*pro hac vice* application to be submitted)
   Michael J. Bell, Esq. (*pro hac vice* application to be submitted)
6  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
7  Washington, D.C. 20004
   Telephone:  (202) 783-0800
8  Facsimile:  (202) 383-6610

9  Attorneys for Plaintiffs BMW of North America, LLC
   and Bayerische Motoren Werke AG

10

11                    UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

14  BMW of North America, LLC and           )  Case No. 08-CV-0940W LSP
    Bayerische Motoren Werke AG,             )
15                                           )  **PLAINTIFFS' NOTICE OF**
                   Plaintiffs,               )  **SUBSTITUTION OF THEIR LOCAL**
16                                           )  **COUNSEL**
            vs.                              )
17                                           )
    Bluestar Wheels, Inc.,                   )
18                                           )
                   Defendant.                )
19  _____ )

20

21

22

23

24

25

26

27

28

**HOWREY**

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiffs substitute, in place of their local counsel

3 of record Bobby A. Ghajar, the following new local counsel of record:

4    Dale J. Giali
     CA State Bar No. 150382
5    HOWREY LLP
6    4 Park Plaza, Suite 1700
     Irvine, CA  92614
7    Telephone: (949) 721-6900
8    Facsimile:  (949) 7266-5529
     Email address:  gialid@howrey.com
9

10    All other counsel of record for Plaintiffs shall remain counsel of record in this

11 matter, including John G. Froemming and Michael J. Bell of the Washington, D.C.

12 office of Howrey LLP.

13
DATED:  June 3, 2008              Respectfully Submitted
14
                                  HOWREY LLP
15

16
                                  By:___/s/ Bobby A. Ghajar_____
17                                     BOBBY A. GHAJAR

18                                Attorneys for Plaintiffs
                                  BMW of North America, LLC and Bayerische
19                                Motoren Werke AG,

20

21

22

23

24

25

26

27

28

HOWREY

DM_US:21266510_1