# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BMW of North America, LLC and
Bayersiche Motoren Werke AG

vs Plaintiffs

Bluestar Wheels, Inc.

Defendant

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SUMMONS IN A CIVIL ACTION
ON FIRST AMENDED COMPLAINT

Case No. 08 cv 0940 W LSP

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Dale J. Giali
   HOWREY LLP
   4 Park Plaza, Suite 1700
   Irvine, CA 92614

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            AUG 21 2008
CLERK                              DATE
K. HAMBERLY

By _____, Deputy Clerk